UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
YOVANNY DOMINGUEZ, individually and on
behalf of all other persons similarly situated,

                           Plaintiff,

-against-                                   19 **CIVIL** 10345 (MVK)

                                                         **JUDGMENT**

GRAND LUX CAFE, LLC,

                           Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 22, 2020, the motion to dismiss the complaint is granted, and the case is dismissed with prejudice.

**Dated:**  New York, New York
            June 24, 2020

                                                         **RUBY J. KRAJICK**
                                                  _____
                                                      **Clerk of Court**
                         **BY:**
                                                     _____
                                                      **Deputy Clerk**